**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIANE STACKHOUSE,** | : | **CIVIL ACTION NO. 1:01-CV-2223** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **PENNSYLVANIA STATE POLICE** | : | |
| **and COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of August, 2005, upon consideration of the parties' motions in limine (Docs. 124, 127) pending before the court, and it appearing that jury selection in this case is scheduled to commence on September 6, 2005, it is hereby ORDERED that:

1. Plaintiff shall file a brief in opposition to defendants' motion in limine (Doc. 127) on or before August 15, 2005. Defendants shall be permitted to file a brief in reply on or before August 22, 2005.

2. Plaintiff shall be permitted to file a brief in reply to defendants' opposition brief (Doc. 130) on or before August 22, 2005.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge