**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIANE STACKHOUSE,** | : | **CIVIL ACTION NO. 1:01-CV-2223** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **PENNSYLVANIA STATE POLICE and COMMONWEALTH OF PENNSYLVANIA,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 17th day of August, 2005, upon consideration of defendants' motions in limine (Docs. 135, 138, 140), and it appearing that jury selection in this case is scheduled to commence on September 6, 2005, it is hereby ORDERED that:

1. Plaintiff shall file a brief in opposition to defendants' motions in limine (Doc. 135, 138, 140) on or before August 22, 2005.

2. Defendants shall be permitted to file a brief in reply on or before August 26, 2005.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge