AO 450 (Rev. 5/85) Judgment in a Civil Case         **ORIGINAL**

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

DIANE STACKHOUSE,

    Plaintiff

FILED
HARRISBURG, PA
SEP 1 - 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

v.                                                                    CASE NUMBER: 1:01-CV-2223

PENNSYLVANIA STATE POLICE and
COMMONWEALTH OF PENNSYLVANIA,
    Defendants                                          (Judge Conner)

X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of defendants PENNSYLVANIA STATE POLICE and COMMONWEALTH OF PENNSYLVANIA, and against plaintiff DIANE STACKHOUSE, on the claim of disparate treatment, in accordance with a verdict rendered on September 13, 2005.

Date: September 15, 2005                Mary E. D'Andrea, Clerk of Court

                                                (By) Kimberly A. McKinney, Deputy Clerk