IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANE STACKHOUSE,** | : CIVIL ACTION NO. 1:01-CV-2223 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **PENNSYLVANIA STATE POLICE** and **COMMONWEALTH OF PENNSYLVANIA,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 23rd day of May, 2007, upon consideration of defendants' amended bill of costs (Doc. 211), and plaintiff's remaining objections thereto (Docs. 184, 209), and it appearing that the cost of enlarging defendants' exhibits is not taxable because the exhibits exceeded the size limitations established by local rule, see L.R. 54.4(6) (stating that "[e]nlargements greater than 8" by 10" are not taxable"), but that the cost of an expedited deposition transcript is taxable under the court's "broad discretion to tax the costs of depositions," Sullivan v. Chrysler Motors Corp., No. 94-5016, 1997 WL 94236, at *7 (D.N.J. Feb. 28, 1997) (citing 18 U.S.C. § 1920), it is hereby ORDERED that:

1. The Clerk of Court is directed to tax against plaintiff the following costs enumerated in the bill of costs (Doc. 211 at 1):

    a. Fees for witnesses in the amount of $215.18;

    b. Fees for exemplification and copies of papers in the amount of $8.80;

    c. Docket fees under 28 U.S.C. § 1923 in the amount of $20.00; and

        d.       Costs incident to taking of depositions in the amount of $1954.41.

2.      The Clerk of Court shall not tax against plaintiff the cost of enlarging defendants' exhibits in the amount of $210.00 enumerated in the bill of costs (Doc. 211, Att. D).  See L.R. 54.4(6).


          S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge